## Commonwealth *v.* Parcells, Appellant.

Argued September 15, 1971.   *David N. Savitt,* with him *John Patrick Walsh,* for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth *v.* Polisky, Appellant.

Submitted September 13, 1971.   *Bruce S. Miller,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for appellant; *Mary G. Cooper,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.